UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSAH GUSEH,<br><br>    Petitioner,<br><br>v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>    Respondents. | CASE NO.  C07-1161-RSL-JPD<br><br>ORDER ON STIPULATION FOR DISMISSAL |

The parties having stipulated and agreed that the Petitioner was released from U.S. Immigration and Customs Enforcement ("ICE") custody under an Order of Supervision, and that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice.

DATED this 25th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 15th of August, 2007.


s/ JAMES P. DONOHUE
United States Magistrate Judge


ORDER ON STIPULATION FOR DISMISSAL
PAGE – 1